IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

WESTCHESTER SURPLUS
LINES INSURANCE CO.                                                              PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 1:08cv1434-HSO-JMR

ROY ANDERSON CORPORATION                                              DEFENDANT

## AGREED FINAL JUDGMENT OF DISMISSAL

THE COURT, after being advised by the Plaintiff and the Defendant and Counter-Claimant that they had adjusted their differences, finds that the above styled and numbered cause, including the Counterclaim and Third Party Complaint, should be dismissed with prejudice, accordingly, it is,

ORDERED that the above styled and numbered cause, including the Counterclaim and Third Party Complaint be, and the same is hereby, dismissed with prejudice with each party to bear their own costs.

SO ORDERED on this, the 9th day of March, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ Dorrance Aultman_____
OF COUNSEL FOR PLAINTIFF, COUNTER-
DEFENDANT AND THIRD PARTY PLAINTIFF


/s/ Alex Purvis_____
OF COUNSEL FOR DEFENDANT AND COUNTER-
CLAIMANT